# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH COLLINS<br><br>PLAINTIFF(S)<br><br>v.<br><br>BRIAN HESS , et al.<br><br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:15−cv−08711−SVW−PLA<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____    ____    ____

Date Filed      Doc. No.     Title of Doc.

**ERROR(S) WITH DOCUMENT:**

The Civil Cover Sheet (CV−71) is missing or incomplete. All civil actions presented for filing must be accompanied by a completed Civil Cover Sheet. See Local Rule 3−1. Counsel must file a completed Civil Cover Sheet immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7.

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1−1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: November 9, 2015         By: /s/ *Robert Nadres*
                                    Deputy Clerk